UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA<br><br>Plaintiffs,<br><br>vs.<br><br>DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:05-CV-02248-FCD-DAD<br><br>**ORDER ALLOWING PLAINTIFFS' SUBSTITUTION OF ATTORNEY** |

Plaintiffs Amelia Espinoza, Rebecca Cobain and Amanda Spitsen have signed and submitted Substitutions of Attorneys with this court. Counsel of record was Thomas E. Duckworth and Lisa A. Corman, Otis Canli & Duckworth, LLP, 1180 Montgomery Street, Suite 1240, San Francisco, CA 94104, Tel. 415 362-4442. Mr. Duckworth and Ms. Corman remain counsel of record and are now with the new firm:

> Duckworth & Peters, LLP
> 235 Montgomery Street, Suite 1010
> San Francisco, CA  94104
> Tel.  (415) 433-0333
> Fax:  (415) 449-6556

Page 1 of 2
**[PROPOSED] ORDER ALLOWING PLAINTIFFS' SUBSTITUTION OF ATTORNEY**
COBAIN-DESTINATION substiution of attorneys.doc

1   The Substitution of Attorneys is hereby accepted.

2  IT IS SO ORDERED.

3

4  Dated: December 30, 2005

5

6                             By: /s/ Frank C. Damrell Jr.
                                   Frank C. Damrell, Jr.
7                                  United States District Court
                                   Eastern District of California
8

[PROPOSED] ORDER ALLOWING PLAINTIFFS' SUBSTITUTION OF ATTORNEY

COBAIN-DESTINATION substiution of attorneys.doc