THOMAS E. DUCKWORTH (SBN 152369 )
MARK C. PETERS (SBN 160611)
DUCKWORTH & PETERS, LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone:  (415) 433-0333
Facsimile: (415) 449-6556
Email:       tom@dpllplaw.com
                 mark@dpllplaw.com

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and
AMELIA ESPINOZA

JACKSON LEWIS LLP
MIA FARBER (SBN 131467)
JAMES T. JONES (SBN 167967)
DANA BROWN (SBN 221011)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:   (916) 341-0141

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.,
(erroneously sued herein as DESTINATION
HOTELS & RESORTS)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CIV.S-05-02248 FCD DAD<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND ORDER TO CONTINUE TRIAL DATE**<br><br>**"AS MODIFIED"** |

////

////

////

////

1  The parties to this action, defendant Destination Tahoe Hotel, Inc. ("Defendant"),
2  and plaintiffs Rebecca Cobain, Amanda Spitsen, and Amelia Espinoza (collectively, "Plaintiffs"),
3  by and through their respective counsel of record, enter into this stipulation based on the
4  following facts:

5  **WHEREAS**, the initial trial date in this matter was set for June 19, 2007;

6  **WHEREAS**, the parties have agreed upon a mutually convenient trial date of
7  August 14, 2007 and request the Court to continue trial to that date;

8  **WHEREAS**, the parties are still in the process of completing discovery and
9  ascertaining the identity and taking the depositions of key witnesses;

10  **WHEREAS**, with a trial date of June 19, 2007, the last day to file and serve notice
11  of a dispositive motion is currently December 26, 2006;

12  **WHEREAS**, the parties anticipate the need for follow-up discovery after the
13  parties' anticipated depositions prior to the filing of the anticipated dispositive motion(s);

14  **WHEREAS**, the parties anticipate possible settlement discussions in connection
15  with this case following further discovery;

16  **WHEREAS,** the parties will not have adequate time to explore the possibility of
17  settlement, to complete discovery, and to file dispositive motion(s), and to fully prepare the case
18  for trial in time for the current trial date set for June 19, 2007; and

19  **WHEREAS,** parties believe good cause exists to grant a continuance of the trial
20  so that these matters can be adequately explored and completed.

21  **THEREFORE, THE PARTIES, BY AND THROUGH THEIR**
22  **RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

23  The current trial date of June 19, 2007 shall be vacated and all deadlines presently
24  calculated by the existing trial date shall be recalculated and reset based on the new trial date of
25  August 14, 2007.  These new dates include, but are not limited to, the following:

26  - December 13, 2006:  discovery deadline
27  - December 27, 2006:  last day for initial expert disclosures
28  - January 16, 2007:  last day for rebuttal expert disclosures

- February 13, 2007:  expert discovery deadline
- April 13, 2007:  last day to hear dispositive motions
- June 15, 2007 at 2:30 p.m.:  final pre-trial conference

**IT IS SO STIPULATED.**

DATED:  August ___, 2006                                          DUCKWORTH & PETERS, LLP


By: _____
          Thomas E. Duckworth

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and AMELIA ESPINOZA

DATED:  August 14, 2006                                          JACKSON LEWIS LLP


By:  ____/s/ James T. Jones_____
          James T. Jones

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.

## **ORDER**

Good cause appearing, IT IS HERBY ORDERED that the Pretrial Scheduling Order filed February 8, 2006 is hereby MODIFIED and the pending deadlines shall be RESET. These new dates include, but are not limited to, the following:

- December 13, 2006: discovery deadline
- December 27, 2006: last day for initial expert disclosures
- January 16, 2007: last day for rebuttal expert disclosures
- February 13, 2007: expert discovery deadline
- April 13, 2007: last day to hear dispositive motions
- June 15, 2007 at 2:30 p.m.: final pre-trial conference
- August 14, 2007 at 9:00 a.m.: jury trial

**IT IS SO ORDERED.**

Dated: August 16, 2006      /s/ Frank C. Damrell Jr.
                            JUDGE OF THE U.S. DISTRICT COURT
                            EASTERN DISTRICT OF CALIFORNIA