THOMAS E. DUCKWORTH (SBN 152369 )
MARK C. PETERS (SBN 160611)
DUCKWORTH & PETERS, LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone:  (415) 433-0333
Facsimile: (415) 449-6556
Email: tom@dpllplaw.com
          mark@dpllplaw.com

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and
AMELIA ESPINOZA

JACKSON LEWIS LLP
MIA FARBER (SBN 131467)
JAMES T. JONES (SBN 167967)
DANA BROWN (SBN 221011)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:     (916) 341-0404
Facsimile:      (916) 341-0141

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.,
(erroneously sued herein as DESTINATION
HOTELS & RESORTS)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CIV.S-05-02248 FCD DAD<br><br>**STIPULATION TO CONTINUE DISCOVERY DEADLINES AND ORDER TO CONTINUE DISCOVERY**<br><br>**Complaint Filed**:            September 20, 2005<br>**Removed to Federal Court**: November 4, 2005<br>**Trial Date**:                     August 14, 2007 |

The parties to this action, defendant Destination Tahoe Hotel, Inc. ("Defendant"), and plaintiffs Rebecca Cobain, Amanda Spitsen, and Amelia Espinoza (collectively, "Plaintiffs"), by and through their respective counsel of record, enter into this stipulation based on the following facts:

**WHEREAS**, the discovery cut-off date in this matter is December 13, 2006;

**WHEREAS,** the parties previously mediated this matter with Judge Raul Ramirez, but were unable to then resolve the matter;

**WHEREAS,** as a result of the first mediation with Judge Ramirez, the parties agreed to initially focus discovery on a single issue (successor-in-interest status under the Family Medical Leave Act) in order to fully and more effectively explore the possibility of settlement, and to subsequently complete discovery should settlement discussions not thereafter resolve the matter, presently set for trial on August 14, 2007;

**WHEREAS,** the parties have completed discovery related to the successor-in-interest issue and now believe that mediation before Judge Ramirez should resume prior to completing discovery and incurring any unnecessary expenses related thereto;

**WHEREAS,** Judge Ramirez will not be available until January 2007 for mediation;

**WHEREAS,** trial is set for August 14, 2007, and no other scheduled dates other than the December 13, 2006 discovery cut-off need to be adjusted;

**WHEREAS,** the parties believe that good cause exists to grant a continuance of the discovery cut-off date so that this matter can be mediated with the greatest chance of success;

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

The current discovery cut-off date of December 13, 2006 shall be continued to February 16, 2007, all other dates to remain as presently scheduled by the Court.

**IT IS SO STIPULATED.**

DATED:    November ___, 2006

DUCKWORTH & PETERS, LLP

By: _____
    Thomas E. Duckworth

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and AMELIA ESPINOZA

2

DATED:     November ___, 2006                    JACKSON LEWIS LLP


                                                  By:  /s/ James T. Jones
                                                         James T. Jones

                                                  Attorneys for Defendant
                                                  DESTINATION TAHOE HOTEL, INC.

## **ORDER**

Good cause appearing, IT IS HERBY ORDERED that the discovery cut-off date of December 13, 2006 be continued to February 16, 2007.  All other deadlines to remain as presently set by the Court.


DATED: November 27, 2006



_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE