JACKSON LEWIS LLP
MIA FARBER (SBN 131467)
JAMES T. JONES (SBN 167967)
NATHAN W. AUSTIN (SBN 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.,
(erroneously sued herein as DESTINATION
HOTELS & RESORTS)

THOMAS E. DUCKWORTH (SBN 152369 )
MARK C. PETERS (SBN 160611)
DUCKWORTH & PETERS, LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
Email: tom@dpllplaw.com
mark@dpllplaw.com

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and
AMELIA ESPINOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA,

Plaintiffs,

v.

DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive,

Defendants.

Case No. CIV.S-05-02248 FCD DAD

**STIPULATION TO CONTINUE DISCOVERY DEADLINES AND ORDER TO CONTINUE DISCOVERY**

**"AS MODIFIED"**

**Complaint Filed**: September 20, 2005
**Removed to Federal Court**: November 4, 2005
**Trial Date**: August 14, 2007

The parties to this action, defendant Destination Tahoe Hotel, Inc. ("Defendant"), and plaintiffs Rebecca Cobain, Amanda Spitsen, and Amelia Espinoza (collectively, "Plaintiffs"), by and through their respective counsel of record, enter into this stipulation based on the following facts:

**WHEREAS**, the discovery cut-off date in this matter is February 16, 2007;

**WHEREAS,** the parties previously mediated this matter with Judge Raul Ramirez, but were unable to then resolve the matter;

**WHEREAS,** as a result of the first mediation with Judge Ramirez, the parties agreed to initially focus discovery on a single issue (successor-in-interest status under the Family Medical Leave Act) in order to fully and more effectively explore the possibility of settlement, and to subsequently complete discovery should settlement discussions not thereafter resolve the matter, presently set for trial on August 14, 2007;

**WHEREAS,** the parties completed discovery related to the successor-in-interest issue and returned to mediation before Judge Ramirez on January 4, 2007;

**WHEREAS,** the mediation before Judge Ramirez did not result in settlement on January 4, 2007, but the parties did not close the mediation and departed with the understanding that they may resume mediation through Judge Ramirez at some point in the future;

**WHEREAS,** trial is set for August 14, 2007, and no other scheduled dates other than the discovery cut-off need to be adjusted;

**WHEREAS,** the parties believe that good cause exists to grant a continuance of the discovery cut-off date because the parties are cooperating and making progress with discovery, but some scheduling issues are arising, and certain witnesses have moved out of the area making scheduling of their deposition s more difficult;

**WHEREAS**, Plaintiff Amanda Spitsen is due to give birth in January or early February and the parties wish to accommodate her pregnancy and childbirth by postponing her deposition until not later than March 1, 2007; and

**WHEREAS**, the parties believe it would be cost effective to disclose expert witnesses and conduct expert discovery after the last day to hear dispositive motions (April 13, 2007), rather than to incur those costs unnecessarily if Plaintiff's claims or any of them were to resolve at summary judgment/adjudication;

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

The current discovery cut-off date of February 16, 2007 shall be continued to March 16, 2007; the date for disclosure of expert witnesses shall be May 13, 2007; expert discovery shall close on June 13, 2007; and all other dates to remain as presently scheduled by the Court.

**IT IS SO STIPULATED.**

DATED: January ___, 2007

DUCKWORTH & PETERS, LLP

By: /s/
Thomas E. Duckworth

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and AMELIA ESPINOZA

DATED: January ___, 2007

JACKSON LEWIS LLP

By: /s/
James T. Jones

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.

**ORDER**

Good cause appearing, IT IS HERBY ORDERED that the discovery cut-off date of February 16, 2007 is continued to March 16, 2007; the date for disclosure of expert witnesses shall be May 14, 2007; and all expert discovery shall close on June 13, 2007. All other deadlines shall remain as set. Absent a properly filed and noticed motion under Fed. R. Civ. P. 16, the court shall not hear any dispositive motion beyond the current dispositive motion deadline of April 13, 2007.

DATED: January 31, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE