JACKSON LEWIS LLP
MIA FARBER (SBN 131467)
JAMES T. JONES (SBN 167967)
NATHAN W. AUSTIN (SBN 219672)
RANDALL J. HAKES (SBN 233548)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.,
(erroneously sued herein as DESTINATION HOTELS & RESORTS)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CIV.S-05-02248-FCD DAD<br><br>**ORDER RE REQUEST FOR PAGE LIMIT EXTENSION**<br><br>"AS MODIFIED"<br><br>Trial Date:    August 14, 2007 |

Based on the Request for Page Limit Extension filed by Defendant Destination Tahoe Hotel, Inc. (erroneously sued herein as Destination Hotels & Resorts), leave is hereby granted to Defendant Destination Tahoe Hotel, Inc. to file a Memorandum of Points and Authorities is Support of Summary Judgment or, in the Alternative, Summary Adjudication not to exceed 30 pages in length. In light of this extension, any memorandum of points and authorities filed in support of a cross motion for summary judgment may also exceed the court's page limit and should not exceed 30 pages in length. Additionally, the court shall allow the parties to exceed the page limit on oppositions to 30 pages in length and any replies to 15 pages in length.

Dated: March 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE