THOMAS E. DUCKWORTH (SBN 152369)
MARK C. PETERS (SBN 160611)
DUCKWORTH & PETERS, LLP
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: (415) 433-0333
Facsimile: (415) 449-6556
Email:       tom@dplsf.com
             mark@dplsf.com

Attorneys for Plaintiffs Rebecca Cobain, Amanda Spitsen and Amelia Espinoza

JACKSON LEWIS LLP
MIA FARBER (SBN 131467)
JAMES T. JONES (SBN 167967)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for defendant Destination Tahoe Hotel, Inc. (erroneously sued herein as Destination Hotels & Resorts)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 05-CV-02248-FCD-DAD<br><br>**STIPLUATION TO CONTINUE ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY JUDGMENT ORIGINALLY SET FOR APRIL 13, 2007**<br><br>Hearing Date: April 27, 2007<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge: Frank C. Damrell, Jr. Presiding |

The parties to this action, plaintiffs Rebecca Cobain, Amnada Spitsen, and Amelia Espinoza (collectively, "Plaintiffs") and defendant Destination Tahoe Hotel, Inc. ("Defendant"), by and through their respective counsel of record, enter into this stipulation based on the following facts:

1
STIPLUATION TO CONTINUE ORAL ARGUMENT ON CROSS MOTIONS FOR SUMMARY JUDGMENT ORIGINALLY SET FOR APRIL 13, 2007
USDC ED Case No. 05-CV-02248-FCD-DAD

1  WHEREAS, the hearing for cross summary judgment motions was to be heard on April 13, 2007;

2  WHEREAS, the Court on Friday, April 13, 2007 ordered the hearing moved to April 27, 2007,

3  WHEREAS, counsel for Plaintiffs is the lead and only counsel for claimant in an arbitration

4  starting on April 23 and scheduled to go through April 27, 2007.

5  WHEREAS, this continuance will also give the parties additional time to continue settlement

6  discussions in this case;

7  **THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE**

8  **COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS**:

9  The current date for the oral argument for the cross motions for summary judgment of

10  April 27, 2007, shall be continued to May 11, 2007 at 10:00 a.m.

12  **IT IS SO STIPULATED.**

15  Dated: April 16, 2007                    DUCKWORTH & PETERS, LLP

17                                            By: /s/ Thomas E. Duckworth
18                                                Thomas E. Duckworth
                                                  Attorneys for Plaintiffs
19                                                Rebecca Cobain, Amanda Spitsen and
                                                  Amelia Espinoza

21                                            JACKSON LEWIS, LLP

23                                            By: _____
24                                                James Jones, Attorneys for Defendant
                                                  DESTINATION TAHOE HOTEL, INC.

1  **ORDER**

2  Good cause appearing, IT IS HEREBY ORDERED that the oral argument on the cross

3  motions for summary judgment, currently set for April 27, 2007, is hereby continued to

4  May 11, 2007 at 10:00 a.m.

5  **IT IS SO ORDERED.**

6  Dated: April 17, 2007

8  _____
FRANK C. DAMRELL, JR.

9  UNITED STATES DISTRICT JUDGE