UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

REBECCA COBAIN, et al.,

        Plaintiff(s),

    v.

DESTINATION HOTELS & RESORTS,

        Defendant(s).

_____/

NO. CIV. S-05-2248 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

    Pursuant to the representations of the parties, at the hearing held on May 11, 2007 in the above action, the court has determined that this case has settled as to plaintiff Rebecca Cobain.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before July 16, 2007. All dates/hearings set in this matter, as to plaintiff Rebecca Cobain, to include any pending motions, are hereby VACATED.

    **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

    **IT IS SO ORDERED**.

Dated: June 1, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE