THOMAS E. DUCKWORTH (SBN 152369)
DUCKWORTH· PETERS · LEBOWITZ, LLP
235 Montgomery Street, Suite 1010
San Francisco, California 94104
Telephone:   (415) 433-0333
Facsimile:    (415) 449-6556
Email: tom@dpllplaw.com
       mark@dpllplaw.com

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and
AMELIA ESPINOZA

JACKSON LEWIS LLP
MIA FARBER (SBN 131467)
JAMES T. JONES (SBN 167967)
NATHAN W. AUSTIN (SBN 219672)
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:   (916) 341-0404
Facsimile:    (916) 341-0141

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.,
(erroneously sued herein as DESTINATION
HOTELS & RESORTS)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA,<br><br>Plaintiffs,<br><br>v.<br><br>DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. CIV.S-05-02248 FCD DAD<br><br>**STIPULATION TO EARLY SETTLEMENT CONFERENCE AND TO CONTINUE ALL OTHER PRETRIAL DEADLINES AND DATES; ORDER**<br><br>"AS MODIFIED" |

The parties to this action, defendant Destination Tahoe Hotel, Inc. ("Defendant"), and plaintiff Amanda Spitsen ("Plaintiff"), by and through their respective counsel of record, enter into this stipulation based on the following facts and request that the court issue the following proposed order based thereon:

1         **WHEREAS**, the Trial in this matter is set for August 14, 2007;

2         **WHEREAS**, on June 1, 2007, the Court issued its ruling on Defendant's and
3 Plaintiff's cross-motions for summary judgment thereby significantly narrowing the issues to be
4 tried;

5         **WHEREAS**, the parties believe that the Court's summary judgment ruling has
6 increased the likelihood that the remaining issues can be resolved successfully through settlement
7 discussions rather than continued litigation;

8         **WHEREAS**, the parties wish to set an Early Settlement Conference to obtain the
9 Court's assistance and guidance in resolving the remaining issues by settlement;

10        **WHEREAS**, the parties believe it would promote the chances of settlement and be
11 in their joint interests to forego any further litigation expense prior to appearance at an Early
12 Settlement Conference;

13        **WHEREAS**, Defendant will ensure that all necessary parties including the client
14 representative (presently located in Los Angeles) will be present at the Early Settlement
15 Conference, and the carrier representative (presently located in New York) shall be available
16 telephonically should the Court so permit.  If the Court orders that the carrier representative must
17 be present at the Early Settlement Conference, the representative will be present;

18        **WHEREAS**, the parties would like to conduct an Early Settlement Conference at
19 the earliest convenient date, and are available for an Early Settlement Conference on any date
20 between June 25, 2007, and June 28, 2007;

21        **WHEREAS**, counsel for the parties have throughout this matter maintained a
22 professional and courteous working relationship and each is confident that the other makes this
23 stipulation and request in good faith and not for the purpose of delay;

24        **WHEREAS,** the parties believe they will not have adequate time to fully and most
25 economically explore settlement unless the current court schedule is modified;

26 ///

27 ///

28 ///

**THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:**

(1)  An Early Settlement Conference will be set on the date convenient to the Court on any date from June 25, 2007, to June 28, 2007.

(2)  The Pretrial Conference presently scheduled for June 29, 2007, shall be continued to July 20, 2007, and all associated dates shall be correspondingly continued.

(3)  The Trial Date presently scheduled for August 14, 2007, shall remain intact.

**IT IS SO STIPULATED.**

DATED: June ___, 2007                      DUCKWORTH· PETERS · LEBOWITZ, LLP


By: /s/ Thomas E. Duckworth
          Thomas E. Duckworth

Attorneys for Plaintiffs
REBECCA COBAIN, AMANDA SPITSEN, and AMELIA ESPINOZA

DATED: June __, 2007                       JACKSON LEWIS LLP


By: /s/ James T. Jones
          James T. Jones

Attorneys for Defendant
DESTINATION TAHOE HOTEL, INC.

///
///
///
///
///

**ORDER**

For good cause appearing, IT IS HERBY ORDERED:

(1) An Early Settlement Conference is set on August 2, 2007 at 1:30 p.m. before Magistrate Judge Kimberly J. Mueller. At least seven (7) calendar days before the Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement pursuant to Local Rule 16-270. Such statements are neither to be filed with the Clerk nor served on opposing counsel. Each party, however, shall serve notice on all other parties that the statement has been submitted.

(2) The Pretrial Conference presently scheduled for June 29, 2007, shall be continued to October 19, 2007 at 1:30 p.m., and all associated dates shall be correspondingly continued.

(3) The Trial Date presently scheduled for August 14, 2007, shall be continued to January 8, 2008 at 9:00 a.m. All dates as to pretrial briefing shall be in conjunction with the new trial date.

**IT IS SO ORDERED.**

Dated: June 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4

Stipulation to Early Settlement Conference and to Continue All Other Pretrial Deadlines and Dates; Order
USDC EDC Case No. CIV.S-05-02248 FCD DAD