1  DUCKWORTH & PETERS, LLP
   THOMAS E. DUCKWORTH (SBN 152369)
2  235 Montgomery Street, Suite 1010
   San Francisco, California 94104
3  Telephone: (415) 455-0333
   Facsimile: (415) 449-6556
4
   Attorneys for Plaintiffs
5  REBECCA COBAIN, AMANDA SPITSEN,
   and AMELIA ESPINOZA
6

7  JACKSON LEWIS LLP
   MIA FARBER (SBN 131467)
8  JAMES T. JONES (SBN 167967)
   NATHAN W. AUSTIN (SBN 219672)
9  801 K Street, Suite 2300
   Sacramento, California 95814
10 Telephone: (916) 341-0404
   Facsimile: (916) 341-0141
11
   Attorneys for Defendant
12 DESTINATION TAHOE HOTEL, INC.,
   (erroneously sued herein as DESTINATION
13 HOTELS & RESORTS)

14

15                    UNITED STATES DISTRICT COURT

16                    EASTERN DISTRICT OF CALIFORNIA

17 | REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA, | Case No. CIV.S-05-02248 FCD DAD |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. | [FRCP 41(a)(1)(A)(ii)] |
| DESTINATION HOTELS & RESORTS, and DOES 1 through 25, inclusive, | |
| Defendants. | Complaint Filed: September 20, 2005<br>Removed to Fed. Ct.: November 4, 2005<br>Trial Date: June 19, 2007 |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

   WHEREAS, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs REBECCA COBAIN, AMANDA SPITSEN and AMELIA ESPINOZA, and Defendant DESTINATION TAHOE HOTEL, INC., erroneously sued herein as DESTINATION HOTELS & RESORTS, by and

through their counsel of record, hereby jointly stipulate and agree to the dismissal with prejudice of the entire action as to all parties and all causes of action and claims.  None of the parties are considered prevailing parties due to this dismissal.  The parties shall bear their own fees and costs unless otherwise agreed upon in writing by the parties.

**IT IS SO STIPULATED.**

Date: May __, 2008                                    DUCKWORTH PETERS LEBOWITZ, LLP

                                                      By:_____/s/_____
                                                         THOMAS E. DUCKWORTH

                                                      Attorneys for Plaintiffs
                                                      REBECCA COBAIN, AMANDA SPITSEN,
                                                      and AMELIA ESPINOZA

Date: May __, 2008                                    JACKSON LEWIS LLP

                                                      By:_____/s/_____
                                                         MIA FARBER
                                                         JAMES T. JONES
                                                         NATHAN W. AUSTIN

                                                      Attorneys for Defendant
                                                      DESTINATION TAHOE HOTEL, INC.

## **ORDER**

IT IS HEREBY ORDERED, pursuant to FRCP 41(a)(1)(A)(ii), that the entire action, as to all parties and all causes of action and claims therein, is dismissed with prejudice as of the date of this Order.

**IT IS SO ORDERED.**

Dated: May 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE